**Exhibit 2**
**Fed. R. Civ. P. 8(a)(1) Claim Chart**
**U.S. Patent No. 6,633,901**

| Claim | Accused System (BitTorrent) |
|---|---|
| 1. A method of accessing information on a network, comprising: | The accused system practices a method of accessing information (e.g., a data file) on a network.<br><br>BitTorrent (often abbreviated as BT) is a peer-to-peer (P2P) **protocol** (a description and set of rules on how to do things) created by Bram Cohen, designed to distribute data in such a way that the original distributor would be able to decrease bandwidth usage while still being able to reach at least the same amount of people. Cohen's idea was to "break" the file being transferred into smaller segments called **pieces**. To save bandwidth, <u>each person downloading (more commonly referred to as **peers** in the BitTorrent community) would have the pieces that they acquired available for upload to other peers in the **swarm** (the entire network of people connected to a single torrent)</u>. In this way, much of the load of sharing the file to every peer interested in it is offloaded to the peers. Note that a **seed** is basically a peer with every piece, so when a peer successfully attains all data in the torrent contents, that peer becomes a seed as well.<br><br>http://help.bittorrent.com/customer/en/portal/articles/178790-the-basics-of-bittorrent<br><br>[BitTorrent network diagram showing Torrent Site Web Server 1.1.1.1, Tracker 2.2.2.2 (labeled Server), Alice 10.10.10.10, John 20.20.20.20, Paul 30.30.30.30, Ringo 50.50.50.50, George 40.40.40.40 (labeled Clients)]<br><br>https://dougvitale.wordpress.com/2012/02/01/bittorrent-how-it-works-and-how-to-use-it/ |

**Exhibit 2**
**Fed. R. Civ. P. 8(a)(1) Claim Chart**
**U.S. Patent No. 6,633,901**

| Claim | Accused System (BitTorrent) |
|---|---|
| designating a device on the network as a server, and a plurality of other devices as clients; | The accused system practices designating a device (e.g., a BitTorrent Tracker) on the network as a server, and a plurality of other devices as clients (e.g., BitTorrent enabled computer systems (i.e., Peers)).<br><br>In order for everyone to be able to locate one another, there needs to be some centralized location that peers could connect to in order to obtain the other peers' IP addresses. BitTorrent **trackers** serve as this centralized location. In the most basic explanation, for each given swarm, a tracker only needs to collect a peer's IP address and port number to share with other peers connecting to that same swarm.<br><br>http://help.bittorrent.com/customer/en/portal/articles/178790-the-basics-of-bittorrent<br><br>BitTorrent (often abbreviated as BT) is a peer-to-peer (P2P) **protocol** (a description and set of rules on how to do things) created by Bram Cohen, designed to distribute data in such a way that the original distributor would be able to decrease bandwidth usage while still being able to reach at least the same amount of people. Cohen's idea was to "break" the file being transferred into smaller segments called **pieces**. To save bandwidth, each person downloading (more commonly referred to as **peers** in the BitTorrent community) would have the pieces that they acquired available for upload to other peers in the **swarm** (the entire network of people connected to a single torrent). In this way, much of the load of sharing the file to every peer interested in it is offloaded to the peers. Note that a **seed** is basically a peer with every piece, so when a peer successfully attains all data in the torrent contents, that peer becomes a seed as well.<br><br>http://help.bittorrent.com/customer/en/portal/articles/178790-the-basics-of-bittorrent<br><br>[Diagram showing BitTorrent network with Torrent Site Web Server 1.1.1.1, Tracker 2.2.2.2 (labeled Server), Alice 10.10.10.10, John 20.20.20.20, Paul 30.30.30.30, Ringo 50.50.50.50, George 40.40.40.40 (labeled Clients)] |

2

**Exhibit 2**
**Fed. R. Civ. P. 8(a)(1) Claim Chart**
**U.S. Patent No. 6,633,901**

| Claim | Accused System (BitTorrent) |
|---|---|
| | https://dougvitale.wordpress.com/2012/02/01/bittorrent-how-it-works-and-how-to-use-it/<br><br>Similar to needing a URL, like http://www.bittorrent.com, to go to a website and download content, a .torrent file is required to download content available through BitTorrent. Most of the time, you can download this file from a website, though you can also get it from a friend or some other form of transfer. Many websites offer .torrent files as one method of downloading files available through that website. Sites that contain .torrent files are generally repositories of only the .torrent files, and usually don't create or directly make available any of the content being shared. These sites are either index sites or trackers. While torrent<br><br>http://help.bittorrent.com/customer/en/portal/articles/178825-downloading-with-bittorrent |
| associating a database with the server to identify where desired information is stored on one or more of the other clients when a request is received from a requestor for the desired information; and | The accused system practices associating a database with the server (e.g., BitTorrent tracker) to identify where desired information (e.g., a data file) is stored on one or more of the other clients (e.g., Peers) when a request is received from a requestor for the desired information.<br><br>BitTorrent tracker (i.e., server) keeps track of data files available on client computers. When a client request a particular data file the server locates the addresses of client computers which have the desired data file and provide said address to the client that made the request.<br><br>In order for everyone to be able to locate one another, there needs to be some centralized location that peers could connect to in order to obtain the other peers' IP addresses. BitTorrent trackers serve as this centralized location. In the most basic explanation, for each given swarm, a tracker only needs to collect a peer's IP address and port number to share with other peers connecting to that same swarm.<br><br>http://help.bittorrent.com/customer/en/portal/articles/178790-the-basics-of-bittorrent<br><br>BitTorrent is a peer-to-peer protocol, which means that the computers in a BitTorrent "swarm" (a group of computers downloading and uploading the same torrent) transfer data between each other without the need for a central server, where all the information passes through a particular server. The tracker server keeps track of where file copies reside on peer machines, which ones are available at the time of the clients request, and helps coordinate efficient transmission and reassembly of the copied file.<br><br>https://gist.github.com/stavalfi/60439bd3b39972a9fac316a928237644 |

**Exhibit 2**
**Fed. R. Civ. P. 8(a)(1) Claim Chart**
**U.S. Patent No. 6,633,901**

| Claim | Accused System (BitTorrent) |
|---|---|
| |  https://codingsec.net/2016/05/what-is-a-bittorrent-and-how-does-it-work/ |

**Exhibit 2**
**Fed. R. Civ. P. 8(a)(1) Claim Chart**
**U.S. Patent No. 6,633,901**

| Claim | Accused System (BitTorrent) |
|---|---|
| if the database indicates that the information is available from one or more of the clients, providing the desired information to the requestor directly through the one or more of the clients such that the requestor is given a fastest possible access to the desired information while using minimum bandwidth of the network; and | During the operation of the accused system, if the database indicates that the information is available from one or more of the clients (e.g., Peers), providing the desired information (e.g., a data file) to the requestor directly through the one or more of the clients (e.g., Peers) such that the requestor is given the fastest possible access to the desired information while using minimum bandwidth of the network.<br><br>BitTorrent breaks a file into small segments, called as Pieces, and to minimize bandwidth utilization the file is sent in these pieces to a requesting client by one or more peers who already possess the desired data file.<br><br>BitTorrent (often abbreviated as BT) is a peer-to-peer (P2P) **protocol** (a description and set of rules on how to do things) created by Bram Cohen, designed to distribute data in such a way that the original distributor would be able to decrease bandwidth usage while still being able to reach at least the same amount of people. Cohen's idea was to "break" the file being transferred into smaller segments called **pieces**. To save bandwidth, each person downloading (more commonly referred to as **peers** in the BitTorrent community) would have the pieces that they acquired available for upload to other peers in the **swarm** (the entire network of people connected to a single torrent). In this way, much of the load of sharing the file to every peer interested in it is offloaded to the peers. Note that a **seed** is basically a peer with every piece, so when a peer successfully attains all data in the torrent contents, that peer becomes a seed as well.<br><br>http://help.bittorrent.com/customer/en/portal/articles/178790-the-basics-of-bittorrent |

**Exhibit 2**
**Fed. R. Civ. P. 8(a)(1) Claim Chart**
**U.S. Patent No. 6,633,901**

| Claim | Accused System (BitTorrent) |
|---|---|
| | **How does BitTorrent work?** *(diagram showing Peer 1 wants to send Data File to Peer 2; creates a torrent file (using Torrent Client); Peer 1 uploading (seeding) Piece by Piece to Peer 2 which starts downloading (leecher); tracker finds that peer1 has file so it sends the address of peer 1 to peer 2; Peer 2 connects to tracker; Client, Server annotations)* <br><br> https://codingsec.net/2016/05/what-is-a-bittorrent-and-how-does-it-work/ <br><br> As shown below, BitTorrent provides Resilio which transfers files from device to device through the shortest path. |

**Exhibit 2**
**Fed. R. Civ. P. 8(a)(1) Claim Chart**
**U.S. Patent No. 6,633,901**

| Claim | Accused System (BitTorrent) |
|---|---|
|  | **Device-to-Device File Transfer**<br>Resilio Sync uses BitTorrent's peer-to-peer technology to find the shortest path between devices when transferring data. It doesn't matter if those devices are in the same home or across the globe. This saves time, especially for massive files, and makes failed transfers a thing of the past. Resilio Sync can also use local networks to move data even if the internet is down or unavailable.<br><br>https://www.resilio.com/individuals/features/ |
| wherein, when only fragments of the information are available from one or more of the clients, the one or more of the clients are negotiated to rebuild the information such that the requestor can receive the information completely from the one or more of the clients. | In operation, the accused system practices such that when only fragments (e.g., a data file segments, Pieces) of the information (e.g., a data file) are available from one or more of the clients (e.g., peers), the one or more of the clients are negotiated to rebuild the information such that the requestor can receive the information completely from the one or more of the clients.<br><br>BitTorrent breaks a file into small segments, called as Pieces, and to minimize bandwidth utilization the file is sent in these pieces to a client, by one or more peers who already possess the desired data file. Also, a requestor client, who has just received a piece, can than upload the piece (e.g. seed) to other peers in the network. Thus, a client is able to download the full data file by receiving pieces of the data file from various different peers.<br><br>While on the surface, it appears that the only way to maintain a swarm's health is for there to always be a seed connected to the swarm, that is not the case. The most important factor to determining whether a swarm can continue to allow peers to complete a torrent is the **availability**. The availability of a torrent is the number of complete copies of the torrent contents there are distributed in the part of the swarm you're connected to, including the data you have. In most cases, if there is an availability of 1.0 or greater, then even if one single person does not have all the pieces, they are all still distributed across the entire swarm and can be acquired to form the complete file.<br><br>http://help.bittorrent.com/customer/en/portal/articles/178790-the-basics-of-bittorrent |

**Exhibit 2**
**Fed. R. Civ. P. 8(a)(1) Claim Chart**
**U.S. Patent No. 6,633,901**

| Claim | Accused System (BitTorrent) |
|---|---|
| |  https://www.pcmag.com/encyclopedia/term/38716/bittorrent |

8