| | |
|---|---|
| 1 | PETER J. CORCORAN, III (SB 224181) |
| | CORCORAN IP LAW, PLLC |
| 2 | 2019 Richmond Road, Suite 380 |
| | Texarkana, Texas 75503 |
| 3 | Tel: (903) 701-2481 |
| | Fax: (844) 362-3291 |
| 4 | Email: peter@corcoranip.com |
| 5 | Attorneys for Plaintiff |
| | REIGNTEK IP LLC |
| 6 | |
| 7 | COOLEY LLP |
| | HEIDI L. KEEFE (178960) (hkeefe@cooley.com) |
| 8 | MARK R. WEINSTEIN (193043) (mweinstein@cooley.com) |
| | REUBEN H. CHEN (228725) (rchen@cooley.com) |
| 9 | 3175 Hanover Street |
| | Palo Alto, CA  94304-1130 |
| 10 | Telephone:    (650) 843-5000 |
| | Facsimile:     (650) 849-7400 |
| 11 | |
| | Attorneys for Defendant |
| 12 | BitTorrent, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Reigntek IP LLC, | Case No.  3:18-cv-05634-VC |
| Plaintiff, | **STIPULATED DISMISSAL WITH PREJUDICE** |
| v. | |
| BitTorrent, Inc., | |
| Defendant. | |

WHEREAS, Plaintiff Reigntek IP LLC ("Reigntek") filed its Complaint in this action on September 13, 2018 (ECF No. 1);

WHEREAS, BitTorrent, Inc. ("BitTorrent") has answered the Complaint denying infringement and denying that Reigntek is entitled to any relief (ECF No. 30); and

WHEREAS, Reigntek and BitTorrent have met and conferred regarding the allegations in the Complaint and the parties have agreed to a dismissal of this action with prejudice and that they will bear their own attorneys' fees, costs, and expenses;

NOW, THEREFORE, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to dismissal of this action with prejudice, with each party to bear its own attorneys' fees, costs, and expenses.

**IT IS SO STIPULATED.**

Dated: March 7, 2019

CORCORAN IP LAW PLLC
PETER J. CORCORAN, III (SB 224181)


*/s/ Peter J. Corcoran III*
Peter J. Corcoran, III (SB 224181)
Attorneys for Plaintiff
Reigntek IP LLC

Dated: March 7, 2019

COOLEY LLP
HEIDI L. KEEFE (178960)
MARK R. WEINSTEIN (193043)
REUBEN H. CHEN (228725)


/s/ *Reuben H. Chen*
Reuben H. Chen (228725)
Attorneys for Defendant
BitTorrent, Inc.

**LOCAL RULE 5-1(i)(3) ATTESTATION**

The undersigned attests that the concurrence in the filing of the foregoing document was obtained from all of its signatories.

Dated: March 7, 2019

COOLEY LLP


*/s/ Reuben H. Chen*
Reuben H. Chen (228725)